SUFFOLK COUNTY CONTRACTORS, INC. v. OCEAN COUNTY
SEWERAGE AUTHORITY.

September 2, 1980.

Petition for certification denied.

CHRISTIAN BROTHERS INSTITUTE OF NEW JERSEY T/A
BERGEN CATHOLIC HIGH SCHOOL v. NORTHERN NEW
JERSEY INTERSCHOLASTIC LEAGUE.

September 2, 1980.

Petition for certification granted.

LINDA FARLEY v. OCEAN TOWNSHIP BOARD
OF EDUCATION.

September 4, 1980.

Petition for certification denied.   (See 174 *N.J.Super.* 449)

STATE OF NEW JERSEY v. RALPH INGENITO.

September 4, 1980.

Petition for certification granted.   (See 169 *N.J.Super.* 524).